

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00082-CR

Jose Santos **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3069
Honorable Velia J. Meza, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 1, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 1st day of April, 2020.

_____
Michael A. Cruz, Clerk of Court